**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Oct 25, 2021
OFFICE OF THE CLERK

JAY LLOYD HARRIS
**(Enter above the full name of the plaintiff in this action)**

**Prisoner ID No.** 1712001
**(Do Not Put Your Social Security Number)**

**V.**

DEXTER PAYNE,
MARSHALL D. REED,
J DOE I-II
**(Enter above the full name of the defendant, or defendants, in this action.)**

**CASE NO.** 6:21-cv-6143

**Jury Trial: Yes ____ No ____**
**(Check One)**

**I. Previous Lawsuits**

**A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?**

**Yes** ____ **No** X

**B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)**

1. **Parties to this lawsuit**

**Plaintiffs:** ____

**Defendants:** ____

2. **Court (if federal court, name the district; if state, name the county):**
3. **Docket number:** ____
4. **Name of judge to whom case was assigned:** ____
5. **Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)** ____
6. **Approximate date of filing lawsuit:** ____
7. **Approximate date of disposition:** ____

(Updated 7/2019)

II. Place of Present Confinement: Ouachita River Correctional Unit

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

Yes X No ______

B. If your answer is YES, Attach copies of the most recent written grievance(s) /response(s) relating to your claims showing completion of the grievance procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT. If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

C. If your answer is NO, explain why not: ______

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Your Full Name: Jay Lloyd Harris 171201

Address: PO Box 1630
Malvern, AR 72104

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

1. Defendant #1.

Full Name: Dexter Payne

Position: Director

Place of Employment: Arkansas Department of Corrections

Address: 6814 Princeton Pike
Pine Bluff, AR 71602

2. **Defendant #2.**

Full Name: MARSHALL D. REED

Position: CHIEF DEPUTY DIRECTOR

Place of Employment: ARKANSAS DEPARTMENT OF CORRECTIONS

Address: 6814 PRINCETON PIKE
PINE BLUFF, AR 71602

3. **Defendant #3.**

Full Name: J. DOE #1

Position: MEDICAL DIRECTOR

Place of Employment: ARKANSAS DEPARTMENT OF CORRECTIONS

Address: 6814 PRINCETON PIKE
PINE BLUFF, AR 71602

4. **Defendant #4.**

Full Name: J. DOE #2

Position: MENTAL HEALTH DIRECTOR

Place of Employment: ARKANSAS DEPARTMENT OF CORRECTIONS

Address: 6814 PRINCETON PIKE
PINE BLUFF, AR 71602

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

V. **At the time of the alleged incident(s), were you: (check the appropriate blank)**

___ **in jail and still awaiting trial on pending criminal charges**
_X_ **serving a sentence as a result of a judgment of conviction**
___ **in jail for other reasons (e.g., alleged probation violation, etc.)**

**Explain:** SENTENCED TO 40 YEARS ADC CUSTODY

**Please provide the date of your conviction or probation or parole revocation:**
AUGUST 27TH, 2018

## VI. Statement of Claim

**State every ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. this section should be limited to the facts of your claim.**

**With respect to each claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)**

**Claim Number #1:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):** PHYSICAL & MENTAL TORTURE VIA SLEEP DEPRIVATION.

**Date of the Occurrence:** FEBRUARY 6TH 2019 TO CURRENT.

**Name of Each Defendant involved:** DEXTER PAYNE, MARSHALL D. REED, J. DOE #1, J. DOE #2

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.** ADC HAS 'LIGHTS OUT' FROM 10:30PM TO 4:30AM ON WEEKDAYS, A MERE 6 HOURS. DURING WHICH TIME THEY INTERRUPT SLEEP WITH MINOR DISCIPLINARY COURT, LEGAL MAIL DELIVERY, AM PILL CALL, AND BREAKFAST.

**With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)**

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

X both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

UNINTERRUPTED SLEEP IS REQUIRED FOR PROPER PHYSICAL & MENTAL HEALTH & RECOVERY. LIMITING & INTERRUPTING OUR SLEEP VIOLATES THE 8TH AMENDMENT AS A RECOGNIZED FORM OF TORTURE. ADC EVENING/NIGHT SHIFT RUNS 6:30PM TO 6:30AM, GIVING THEM 4 HOURS BEFORE & 2 HOURS AFTER 'LIGHTS OUT' TO PERFORM THESE TASKS.

**Claim Number #2:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):** ______

**Date of the Occurrence:** ______

**Name of Each Defendant involved:** ______

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

______

**With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

____ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**Claim Number #3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

______________________________________________________________________

______________________________________________________________________

**Date of the Occurrence:** ______________________________________________

**Name of Each Defendant involved:** _____________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

**With regard to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

____ **official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).**

____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

____ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

**If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.**

**VII. Relief**

**If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:**

X **Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)**

X **Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)**

**State briefly below any other relief you are seeking in this action. Make no legal arguments. cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.** LEGAL FEES, $50- PER DAY PER INCARCERATED INMATE FOR COMPENSATORY DAMAGES, ADDITIONAL $5000 TO EACH INMATE ON AM PILL CALL FOR PUNITIVE DAMAGES. ADJUSTMENT OF SCHEDULING TO ALLOW FOR A 'PROPER NIGHT'S REST' OF UNINTERRUPTED SLEEP.

**I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.**

**Executed this** 12TH **day of** OCTOBER**, 20**21.

JAY LLOYD HARRIS
**Printed Name of Plaintiff**

[signature]
**Signature of Plaintiff**

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

| FOR OFFICE USE ONLY |
|---|
| GRV. # ______ |
| Date Received: ______ |
| GRV. Code #: ______ |

**Unit/Center** ORU

**Name** Jay Harris

**ADC#** 171271 **Brks #** 6 **Job Assignment** Utility

7-1/21 (Date) STEP ONE: Informal Resolution

7-6/21 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: No Reply

______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: ______

*Is this Grievance concerning Medical or Mental Health Services?* ______ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): Inmates Should Get 8 Hours of Uninterrupted Sleep a Night. Lights Out is 10:30 PM to 4:30 AM A Mere 6 Hours. AM Pill Calls is Usually Between 1 AM & 2 AM, Before Breakfast. This Forces Inmates to Choose Between Needed Sleep & Needed Medication. Plus Alot of Medicines Should Be Taken With or Just After Eating. Pill Window After/With Chow Call Would Alleviate That Issue.

[signature]

Inmate Signature

July 1st, 2021

Date

***If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on ______ (date), and determined to be **Step One** and/or an Emergency Grievance ______ (Yes or No). This form was forwarded to medical or mental health? ______ (Yes or No). If yes, name of the person in that department receiving this form: ______ Date ______

PRINT STAFF NAME (PROBLEM SOLVER) ______ ID Number ______ Staff Signature ______ Date Received ______

Describe action taken to resolve complaint, including **dates:** ______

Staff Signature & Date Returned ______ Inmate Signature & Date Received ______

This form was received on ______ (date), pursuant to **Step Two**. Is it an Emergency? ______ (Yes or No).

Staff Who Received Step Two Grievance: ______ Date: ______

Action Taken: ______ (Forwarded to Grievance Officer/Warden/Other) Date: ______

If forwarded, provide name of person receiving this form: ______ Date: ______

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

www.acicatalog.com

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**Unit/Center** DRU

**Name** Jon Harris

**ADC#** 171201 **Brks #** 6 **Job Assignment** ______

| FOR OFFICE USE ONLY |
|---|
| GRV. # ______ |
| Date Received: ______ |
| GRV. Code #: ______ |

7-13/21 (Date) STEP ONE: Informal Resolution

7-16/21 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: No Reply.

______, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: ______

*Is this Grievance concerning Medical or Mental Health Services?* ______ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): [illegible handwriting]

______
Inmate Signature

7-13/21
Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on ______ (date), and determined to be **Step One** and/or an Emergency Grievance ______ (Yes or No). This form was forwarded to medical or mental health? ______ (Yes or No). If yes, name of the person in that department receiving this form: ______ Date ______

PRINT STAFF NAME (PROBLEM SOLVER) ______ ID Number ______ Staff Signature ______ Date Received ______

Describe action taken to resolve complaint, including **dates:** ______

Staff Signature & Date Returned ______ Inmate Signature & Date Received ______

This form was received on ______ (date), pursuant to **Step Two**. Is it an Emergency? ______ (Yes or No).

Staff Who Received Step Two Grievance: ______ Date: ______

Action Taken: ______ (Forwarded to Grievance Officer/Warden/Other) Date: ______

If forwarded, provide name of person receiving this form: ______ Date: ______

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

www.aclcatalog.com

FOR OFFICE USE ONLY
GRV. # OR21-00532
Date Received: 7·8·21
GRV. Code #: 500

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**Unit/Center** ORU

**Name** JAY HARRIS

**ADC#** 171201 **Brks #** 6 **Job Assignment** ______

7-6/21 (Date) STEP ONE: Informal Resolution

______ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: ______

______, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: ______

*Is this Grievance concerning Medical or Mental Health Services?* ____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): BREAKFAST MEAL IS SERVED DURING OUR LIMITED LIGHTS OUT PERIOD. THIS LEADS TO A CHOICE OF NUTRITION & CALORIES VS NEEDED REST. THUS PUTTING OUR PHYSICAL OR MENTAL HEALTH AT RISK.

[signature]
Inmate Signature

Date 7-6/21

***If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 7-6-21 (date), and determined to be **Step One** and/or an Emergency Grievance yes (Yes or No). This form was forwarded to medical or mental health? no (Yes or No). If yes, name of the person in that department receiving this form: ______ Date ______

Sgt Nums | 110962 | [signature] | 7-6-21

PRINT STAFF NAME (PROBLEM SOLVER) | ID Number | Staff Signature | Date Received

Describe action taken to resolve complaint, including **dates:** ______

RECEIVED
SEP 09 2021
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned ______ Inmate Signature & Date Received ______

This form was received on ______ (date), pursuant to **Step Two**. Is it an Emergency? ______ (Yes or No).

Staff Who Received Step Two Grievance: ______ Date: ______

Action Taken: ______ (Forwarded to Grievance Officer/Warden/Other) Date: ______

If forwarded, provide name of person receiving this form: ______ Date: ______

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back

IGTT410
3GS

Attachment III

INMATE NAME: Harris, Jay L. ADC #: 171201A GRIEVANCE #: OR-21-00532

WARDEN/CENTER SUPERVISOR'S DECISION

In response to your grievance OR 21-00532; You have stated no specific date, time or staff to be investigated; therefore I find your grievance without merit.

[signature]
Signature of Warden/Supervisor or Designee

Warden
Title

8/26/2021
Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?
EVERY DAY, EVERY SHIFT (AM). TORTURE, NO MATTER YOUR POLICY IS ILLEGAL. SLEEP DEPRIVATION IS RECOGNIZED AS TORTURE.

RECEIVED
SEP 09 2021
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

[signature]
Inmate Signature

ADC#: 171201

8 31/21
Date

RECEIVED
AUG 23 2021
OUACHITA RIVER UNIT
WARDENS OFFICE

IGTT430
3GD

Attachment VI

INMATE NAME: Harris, Jay L. ADC #: 171201 GRIEVANCE#:OR-21-00532

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 7/6/21, you stated, "Breakfast meal is served during our limited lights out period. This leads to a choice of nutrition and calories vs needed rest. This putting our physical or mental health at risk."

On 8/26/21 the Warden responded, "In response to your grievance OR 21-00532; You have stated no specific date, time or staff to be investigated; therefore I find your grievance without merit."

Your appeal was received on 9/9/21. I have reviewed your appeal, as well as the Warden's response and I concur with the Warden's decision. I find no merit in your appeal.

Appeal denied.

Director

10-11-21
Date

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

JAY HARRIS 171201
PO BOX 1630
MALVERN, AR
72104

United States District Court
Office of the Clerk
30 S. 6th Street, Room 1038
Fort Smith, AR
72901-2437

10/21/21 [signatures]